Ariel Barel
Po Box 2147
Wayne, NJ 07474
973-460-4444
abar4444@gmail.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 NOV -1  P 1:40

United States District Court
District of New Jersey

| | |
|---|---|
| In Re: Ariel Barel<br>      Debtor | case #<br>2:19-cv-16054-ES |
| Ariel Barel<br>   Plaintiff/Appellant<br>V.<br>Federal National Mortgage Association<br>   Defendant/Appellee | case: 19-11416 J |

Motion for extention of time to file opposition to motion to dismiss appeal.

As a result of eviction on 10/18/2019, I am requesting an extension of time to file opposition to defendant's motion to dismiss appeal. Due to my inability to access my computer at this time, having no perman place of residence.

Page 1 of 2

I have reached out to opposing counsel and after several attempts and leaving messages got a return call from Nickolas Rogers of Phelan law firm, who indicated to me that he is also an attorney on this appeal. Mr. Rogers indicated that his client is not willing to give any extension of time however Mr. Rogers said he will not oppose this motion.

Due to severe hardship I am currently experiencing I am respectfully requesting 30 day extension of time to respond to Fannie Mae motion to dismiss the appeal. Fannie Mae will not be prejudiced by this extension.

Respectfully,

A. Bansal

Date: 11/1/19

Certificate of Service

I certify, that this motion will be served via court's ECF system.

A. Bansal
Date: 11/1/19

Page 2 of 2